UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 3:12-mj-00176-TPS |
| VS. | : | |
| SUNITA BUDDHU | : | JUNE 18, 2012 |

**DEFENDANT'S MEMORANDUM IN
OPPOSITION OF GOVERNMENT'S MOTION
FOR PRETRIAL DETENTION**

The Defendant, Sunita Buddhu, in the above-captioned criminal action, through her undersigned counsel, respectfully moves for Court to release her on a promise to appear or a non-surety bond prior to trial. In its Motion for Pretrial Detention the government indicates this case is eligible for pretrial detention on the basis it believes the Defendant is a flight risk and poses an economic risk to the public. In support of the Defendant's Request for Release the Defendant asserts the following:

1. The Defendant is charged with committing Mail Fraud in violation of Title 18, U.S.C. § 1341 and with Conspiracy to Commit an Offense Against the United States in violation of Title 18, U.S.C. §371.

2. The Defendant's father, Deowraj Buddhu, is a co-defendant in connection with the same allegations;

3. Contrary to the government's contention that the Defendant poses a flight risk it is represented that the Defendant's plans to travel to Guyana were formulated long in advance of her arrest on Wednesday, June 13, 2012. This trip included a return flight and had been pre-planned with her mother and her nephew for two (2) years prior to her arrest in this matter. The trip had been planned after the death of her grandmother to carry out her grandmother's wishes to have a memorial service held in her grandmother's hometown, to do charity work there

WOOLF LAW FIRM, LLC - ATTORNEYS AT LAW
50 Founders Plaza, 2nd Floor, East Hartford, CT 06108 * Tel: (860) 290-8690 * Fax: (860) 290-8697 * Juris No. 408582

and to travel and tour the area with her fifteen (15) year old nephew and her elderly mother. Details concerning this trip are discussed and supported in the attached Exhibit "A", which is a letter from the Defendant's priest, who is also her cousin, Akhilesh B. Dubey. Arrangements for this trip, including accommodations while there, obtaining permission from her nephew's parents (who are divorced) and arrangements with the local area for the charity work they would be doing while in Guyana were all made well in advance of any investigation or arrest in connection with this matter. In further support of this representation undersigned attaches Exhibit "B" which is the Defendant's flight confirmation for *round-trip* tickets from New York to Guyana departing June 13, 2012 *returning* July 13, 2012 for the Defendant, her mother, Urmila Thakur, and her nephew, Javier Buddhu. Also attached as Exhibit "C" is the detailed Travel Itinerary for the three while in Guyana where they had both leisure and charity activities arranged. Attached as Exhibit "D" is an email dating as far back as July 11, 2011 where her mother clearly indicates their intent to travel to Guyana during this (2012) summer for a month. Attached as Exhibit "E" is a letter from Ms. Evelyn Borrero, Javier's mother who supports that she gave the Defendant and her mother permission *last summer* to take Javier with them to Guyana this summer. Upon learning of the investigation, and that she was a subject of the investigation, the Defendant cancelled her trip and her passport was surrendered to the US Government, who still have her passport in their possession.

4. The Defendant was employed by her father as a clerical worker for his business. The Defendant was not compensated for duties she performed under his control and at his direction;
5. The Defendant has no prior criminal history of any significance;
6. The Defendant is a United States citizen and was born in Lacrosse, Wisconsin;

7. The Defendant has strong ties to the community;

8. Nearly all of the Defendant's family resides in Connecticut, including her mother and her brother in addition to her large extended family who also reside in Connecticut. See again Exhibit "A", the letter from Akhilesh Dubey. Mr. Dubey is located in Hartford area as well and knows the Defendant as both a family member and as her spiritual leader. Additionally refer again to Exhibit "E", the letter of Ms. Evelyn Borrero, sister-in-law of the Defendant, who discusses the Defendant's character and strong relationships with her nieces and nephews;

9. The Defendant is the primary caretaker of both of her parents and with her father incarcerated in connection with this matter she is the sole caretaker of her mother, with whom she resides;

10. The Defendant has resided in Connecticut since she was approximately four (4) or five (5) years of age and has only traveled outside of the country on approximately two (2) prior occasions for leisure trips;

11. The Government indicated they believed Defendant may pose an economic risk to the public, however Ms. Buddhu's primary responsibility was as a clerical worker assisting her father and acting under his direction and control;

12. It is highly unlikely that the Defendant will commit other offenses if released and hence ought not to be regarded as a danger to the community;

WOOLF LAW FIRM, LLC - ATTORNEYS AT LAW
50 Founders Plaza, 2nd Floor, East Hartford, CT 06108 * Tel: (860) 290-8690 * Fax: (860) 290-8697 * Juris No. 408582

**WHEREFORE**, the Defendant, Sunita Buddhu, respectfully moves to be released on a Promise to Appear or Non-Surety Bond. In the alternative, should the Court deem it necessary, Defense Counsel would not oppose the Defendant's release to Home Confinement.

DEFENDANT,
SUNITA BUDDHU

By  /s/ Kathleen E. Rallo
Kathleen E. Rallo, Esq
Woolf Law Firm, LLC
50 Founders Plaza
East Hartford, CT 06108
(P) 860-290-8690
(F) 860-290-8697
e-mail: w@woolflaw.com
Federal Bar No. CT28791

WOOLF LAW FIRM, LLC - ATTORNEYS AT LAW
50 Founders Plaza, 2nd Floor, East Hartford, CT 06108 * Tel: (860) 290-8690 * Fax: (860) 290-8697 * Juris No. 408582

4

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITES STATES OF AMERICA | : | NO. 3:12-mj-00176-TPS |
| V. | : | |
| SUNITA BUDDHU | : | JUNE 18, 2012 |

### CERTIFICATION

    I hereby certify that on June 18, 2012, a copy of the foregoing Memorandum re Detention Hearing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filings as indicated on the Notice of Electronic Filing. It was further sent via Facsimile Transmission to AUSA Lisa Perkins at (860)-760-7979 and a Chambers Copy was sent via Facsimile Transmission to Hon. Thomas P. Smith at (860) 240-3587. It was hand delivered to the Defendant, Sunita Buddhu. Parties may access this filing through the court's CM/ECF System.

                                                        /s/ Kathleen E. Rallo_____
                                                       Brian J. Woolf, Esq
                                                       Woolf Law Firm, LL
                                                       50 Founders Plaza
                                                       East Hartford, CT 06108
                                                      (P) 860-290-8690
                                                       (F) 860-290-8697
                                                       e-mail: w@woolflaw.com
                                                       Federal Bar No. CT28791

*WOOLF LAW FIRM, LLC - ATTORNEYS AT LAW*
*50 Founders Plaza, 2nd Floor, East Hartford, CT 06108 * Tel: (860) 290-8690 * Fax: (860) 290-8697 * Juris No. 408582*

# EXHIBIT "A"

Pt. Akhilesh B. Dubey
188 Brown Street
Hartford, CT 06114

June 17, 2012

  Re: **Sunita Buddhu**

To Whom It May Concern:

My name is Akhilesh B. Dubey, and I am writing to you on behalf of Sunita Buddhu. I am both the Buddhu's family priest, and Sunita's cousin.

I have known Sunita for over 34 years. During that time I have known her to be compassionate, loving, and a generous individual. I know that she quit her office management job in order to stay home and take of her sick father. She has also been an active member of our community; donating her time to the Shri Krishna Mandir (a Hindu Temple located in Hartford, CT).

Shortly after our Maternal Grandmother passed away in 2010, the family, to include the Buddhu's, planned a family trip to Guyana for the summer of 2012 to host a 7 days religious ceremony, and to distribute food and clothes to the needy. Unfortunately, on Christmas of 2011, we experienced a double tragedy in our family, when one of our Maternal Uncles, Yagwalt Thakur, died, and one of our cousins, Surendranath Thakur, also passed away. As a result, many of us postponed our trip to Guyana; however, it was necessary for a few members of the family to continue with the trip to distribute food and clothes to the needy.

I am writing not just because Sunita is my cousin, but because she has been a respected member of the community and we ask that you release her. If you have any questions regarding this matter, please feel free to contact me at (860) 985-7992, my cell phone.

Sincerely,

*[signature]*

Akhilesh B. Dubey

# EXHIBIT "B"

Kathleen Rallo, Esq.
___

| | |
|---|---|
| From: | Sunita Buddhu <devi1970@hotmail.com> |
| Sent: | Saturday, June 16, 2012 5:53 PM |
| To: | seth@sdksystemsolutions.com |
| Subject: | FW: EZJet Air Services Email Confirmation |
| Attachments: | 8TA.png |

Sunita D Buddhu

___

Date: Tue, 29 May 2012 09:37:24 -0600
To: devi1970@hotmail.com
From: info@ezjetgt.com
Subject: EZJet Air Services Email Confirmation

## EZjet Air Services Inc
Operated by Dynamic Airways
## Travel Itinerary

# Confirmation Number: 7KVPG9

### Flight Information

| Departing Date | Day | Flight | Fare Class | Departure/Arrival |
|---|---|---|---|---|
| Jun 13, 2012 | Wed | 100 | 1NYNOREF | Departs John F Kennedy Intl. Airport (JFK) at 10:45PM on Wed, Jun 13, 2012 |
| | | | | Arrives Georgetown Guyana (GEO) at 05:15AM on Thu, Jun 14, 2012 |
| | | | | **This segment departs and arrives on different days** |
| Jul 13, 2012 | Fri | 101 | 2NYNOREFR | Departs Georgetown Guyana (GEO) at 06:30AM on Fri, Jul 13, 2012 |
| | | | | Arrives John F Kennedy Intl. Airport (JFK) at 11:30AM on Fri, Jul 13, 2012 |

### Passenger Information

| Name | Guest Type |
|---|---|
| 1: BUDDHU, JAVIER | [Adult] |
| 2: BUDDHU, SUNITA | [Adult] |
| 3: THAKUR, URMILA | [Senior] |

### Receipt Information

Total:
1351.90

Fare Details:
JFK-GEO Base Fare: 141.00 Tax: 0.00
GEO-JFK Base Fare: 248.00 Tax: 0.00

Fee Details:
JFK-GEO AY2.50 XF4.50 XZ16.70
GEO-JFK AY2.50 XF4.50 XA5.00 XY7.00 YC5.50 XZ16.70 WE5.00

1

## Billing And Payment Information (Travel is only confirmed when payment is indicated below)

Billing & Contact Info
PAHALAD, ROSHNIE
104 11 122 STREET
RICHMOND HILL, NEW YORK 11419
Telephone: 7189250600
Alternate Telephone: 8607967194
2nd Alternate Telephone: 8607247194
Fax: 7188457328

| Payment Date | Method | Ref# | Approval and Codes | Acct |
|---|---|---|---|---|
| 10:26PM on Fri, May 25, 2012 (GMT) | Visa | | | 3381 |

## Conditions of Travel

1NYNOREF

DEPARTURE INFORMATION: Flights depart JFK - Terminal One CHECK-IN FORMATION Check-in opens 7:00 PM and closes 1:30 minutes prior to departure BAGGAGE ALL 60lbs each, measuring not more than 115 linear inches 1 Carry-on Bag - 22lbs, Standard Size 10 X 10 X 14 3 bag up to 50lbs may be checked for $50.00 USD. RECONFIRMATION ( GUYANA OFFICE(S) MUNESHWER TRAVEL SERVICE 45-47 WATER STREET, ROBBSTOWN, GEORGETOWN (592) 227-6992 Penalties/Changes/Cancel Cancellation Fee fare if Cancelled. _Waived For Illness or Death of Passenger or immediate Family Member _Waiver for Illness only applies in the event of Certifiable Hospitalization. Changes Anytir Refundable Fee _Waived For Illness or Death of Passenger or immediate Family Member on the same PNR _Waiver for Illness only applies in the event of Certifiable Hospitalization. permitted prior to the ticketed departure time of each flight within original validity and booking class. If changes are made for all sectors at the same time/only one fee is to be collecte flight changes once change is made at least 48 hours prior to departure of originally scheduled flight subject to booking class availability. In the event the original booking class is not : upgraded to the next applicable fare without penalty. The fare difference plus change fee must be paid and tickets must be reissued when the itinerary is re-booked. In the event the upg cancelled, the non-refundable amount remains non-refundable. If a ticketed flight reservation is not cancelled prior to ticketed departure time rebooking is not permitted and the ticket I made prior to ticketed dates. Name Change Fee of $20.00 applies for spelling corrections once change is for originally ticketed passengers. Complete name changes not permitted.
Liquids, gels, and aerosols are permitted in 3 ounce containers, placed in a 1 quart-size, clear plastic, zip-top bag, one bag per traveler.
Medically necessary liquids like breast milk, baby formula, and insulin are permitted and must be declared to a security officer at the checkpoint.


2NYNOREFR

DEPARTURE INFORMATION: CHEDDI JAGAN - TIMEHRI INTL AIRPORT CHECK-IN FORMATION Check-in opens 3:00 AM and closes 1:30 minutes prior to departure BA Checked Bags - 60lbs each, measuring not more than 115 linear inches 1 Carry-on Bag - 22lbs, Standard Size 10 X 10 X 14 3rd bag up to 50lbs may be checked for $50.00 USD. REC Not Necessary GUYANA OFFICE(S) 23 BRICKDAM, 2ND FLOOR STABROEK G/TOWN Tel: 592-225-7585, 592-225-7599, 592-225-7591 FAX: 592-225-7597 Penalties/Chang cancellation is 100% base fare if Cancelled. _Waived For Illness or Death of Passenger or immediate Family Member _Waiver for Illness only applies in the event of Certifiable Hospi Change $125.00 Non-Refundable Fee _Waived For Illness or Death of Passenger or immediate Family Member on the same PNR _Waiver for Illness only applies in the event of Certi to reservations are permitted prior to the ticketed departure time of each flight within original validity and booking class. If changes are made for all sectors at the same time/only one f waived for same date flight changes once change is made at least 48 hours prior to departure of originally scheduled flight subject to booking class availability. In the event the original tickets must be upgraded to the next applicable fare without penalty. The fare difference plus change fee must be paid and tickets must be reissued when the itinerary is re-booked. In tl subsequently cancelled, the non-refundable amount remains non-refundable. If a ticketed flight reservation is not cancelled prior to ticketed departure time rebooking is not permitted a Changes must be made prior to ticketed dates. Name Change Fee of $20.00 applies for spelling corrections once change is for originally ticketed passengers. Complete name changes r Liquids, gels, and aerosols are permitted in 3 ounce containers, placed in a 1 quart-size, clear plastic, zip-top bag, one bag per traveler.
Medically necessary liquids like breast milk, baby formula, and insulin are permitted and must be declared to a security officer at the checkpoint.

2

# EXHIBIT "C"



**Re: HELLO RISHEE**

Thursday, 10 May, 2012 14:46

From:

"Urmila Thakur" <indrobt@gmail.com>

To:

"Rishee Thakur" <rthakurgy@yahoo.com>

| Date | Activity |
|---|---|
| June 14th 2012 | Arrive at Timehri 5: 30 A.M.<br>Suirname Embassay for Visa<br>Stop in at Camal for feeding Children 20th June, 2012. |
| June 14th June, 2012 | Travel to Corentyne |
| 16 –19th June, 2012 | Time in the Corentyne |
| 20th June, 2012. | Feed Children at Camal's House<br>Albion Orphanage |
| 21-23th June, 2012. | **Open – 3 Days** |
| 24th June, 2012. (10 A.M.) | Ganga Puja – No. 63 beach |
| 25th-27th June, 2012. | Visit Paramaribo – Residence Inn/3 Nights |
| 28th June, 2012. | Overnight in Nickerie – 1 night |
| 29th June, 2012. | Return to Guyana |
| 30th June, 2012j | **Rest Day** |
| 1st July – 5th July, 2012. | Visit Georgetown – Waterchris Hotel – 5 nights |
| 6th - 08th July, 2012. | Visit Essequibo Coast – Mainstay Resort 3 nights |
| 9th July, 2012. | Return to Corentyne |
| 10th - 12th July, 2012. | Rest and plan return to CT. |
| 13th June 2012. | Return to New York |

# EXHIBIT "D"

# Kathleen Rallo, Esq.

| | |
|---|---|
| **From:** | Urmila Thakur <indrobt@gmail.com> |
| **Sent:** | Saturday, June 16, 2012 5:51 PM |
| **To:** | Satesh Buddhu |
| **Subject:** | Fwd: HELLO DEENE |

---------- Forwarded message ----------
From: **Deena Panday** <dpanday@yahoo.com>
Date: Mon, Jul 11, 2011 at 1:24 PM
Subject: Re: HELLO DEENE
To: Urmila BT <indrobt@gmail.com>


Hi there

Yes you will need visa if you don't have a Guyanese passport. Yes that sounds like a good trip. Will keep that in mind. Alls well except a bit overwhelming at times!!!!
I'm sure you are quite occupied! My regards.
Deene.



On Jul 11, 2011, at 7:05 AM, Urmila BT <indrobt@gmail.com> wrote:

> MY DEAR DEE!!!!!!!!
>
> I AM VERY GLAD YOU ARE ABLE TO BY YOUR SELF A NEW CAR(SUV)
> THEY ARE VERY NICE -- IT IS OK IF YOU ARE NOT ABLE TO COME
> YOU KNOW WE ARE COMING FOR A MONTH NEXT YEAR --I
> WOULD LIKE TO GO TO SURINAM --PLEASE LET ME KNOW WHAT WE
> NEED --(VISA ) DO WE FLY OR BOAT HOPE YOU CAN JOIN US
>
> HOW IS DAD SAY HELLO FOR US GIVE OUR LOVE & REGARDS TO
> NARINEE & HER FAMILY---
>
> WE ARE BUSY GETTING READY MOST OF THE BOYS WILL BE HERE EARLY
> THE REST OF THE GANG ARE DOING WELL
>
> TAKE CARE
> ALL OUR LOVE
> INDRO
>
>

1

# EXHIBIT "E"

June 17, 2012

Dear Sir or Madam,

    My name is Evelyn Casillas, and I am writing in reference to Sunita Buddhu, who is appearing before your court today. I have known Ms. Buddhu for 19 years, and therefore I believe I am in a position to speak to her moral character. My hope is that you will take this letter into account when making any decisions regarding the future of Ms. Buddhu. Sunita Buddhu is a person of good moral character and although I realize that might seem hard to believe, given the allegations; I have always known her to be a generous and considerate individual with everyone she encounters. Throughout the 19 years that I have known her, she has always shown me to be a hard working and dedicated individual, both with her career as well as with her family.

    Ms. Buddhu has been a loving and caring aunt to my son, Javier Buddhu. I have always found her to be extremely kind, dependable, and well regarded among her peers and family members. When Javier visits Connecticut, he boasts of the quality time and attention she provides not only to him but to his siblings and cousins alike. She takes on her younger cousins, nieces, and nephews as if they were her own. She showers them with love, but also provides discipline when needed. Over the summer, she ensures that in between summer fun activities, she also provides Javier with tutoring in math, a subject he has always had difficulty with. She will sit with Javier and read his summer reading material with him and discuss aspects that he might not quite understand. I have found that Javier has always been well taken care of when he is with Ms. Buddhu. This is why, last summer, when Ms. Buddhu and her mother asked me if I would give them permission to take Javier to Guyana with them, I agreed. Throughout the year she has kept Javier posted on places they would visit and things they would do. Both Javier and Ms. Buddhu had been very excited and were looking forward to the trip!

    Enclosing, the accusations Ms. Buddhu faces should not be the only factor you reflect on in this case. I hope you will also consider Ms. Buddhu strong commitment to her family and community.

Thank you,

*[signature]*

Evelyn M. Borrero